By the Court.
 

 A writ of mandamus will not lie to control judicial discretion. Section 12285, Q-eneral Code.
 

 A writ of prohibition cannot be invoked as a substitute for an appeal and will not be issued to prevent an anticipated erroneous judgment.
 
 State, ex rel. Norris,
 
 v.
 
 Hodapp, Judge,
 
 135 Ohio St., 26, 18 N. E. (2d), 984, and authorities cited therein.
 

 Demurrer to petition sustained and writs denied.
 

 Writs denied.
 

 Weygandt, C. J., Day, Zimmerman, Williams, Myers, Matthias and Hart, JJ., concur.